1

2

Ross Cornell, (SBN 210413)
3   LAW OFFICES OF ROSS CORNELL, APC
813 East Balboa Boulevard
4   Newport Beach, California 92663
(949) 723-1794

5

6   Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
7   18500 Von Karman Ave., Suite 500
Irvine, California 92612
8   Phone:  (949) 486-1888
Fax:     (949) 486-1889

9

Attorneys of Record for Plaintiff,
10   JOSEPH ABDULLAH

11

12

13                    **UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF CALIFORNIA**
14

15

16   JOSEPH ABDULLAH,                    Case No.:  CIV.S-04-2178 WBS PAN

17                  Plaintiff,

18                                       **STIPULATION OF DISMISSAL**
                                         **AND ORDER THEREON**
19               v.

20   PARKFAIR GARDENS
21   APARTMENTS; PARKFAIR              **F.R.Civ.P. 41(a)(1)**
ASSOCIATES, LTD., A CALIFORNIA
22   LIMITED PARTNERSHIP and Does 1
through 10, inclusive.
23

24

25                  Defendants.

26

27

28

- 1 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**

1

2

3          Pursuant to F.R.Civ.P. 41(a)(1) Plaintiff Joseph Abdullah and Defendants

Parkfair Gardens Apartments, Parkfair Associates, LTD., A California Limited

4    Partnership, through their attorneys' undersigned, stipulate and agree that above-

caption matter may be dismissed as to all claims and all Defendants, with

5    prejudice, each party to bear his own costs and attorney's fees.

6

7    DATED: November 8, 2005                    **AZIMY & NATHAN, LLP**

8

9

10                                  By: /s/ Reuben D. Nathan, Esq.

                                        Reuben D. Nathan, Esq.

11                                      Attorney for Plaintiff,

12                                          Joseph Abdullah

13

14   DATED: November 8, 2005                    **MILLER LAW, INC.**

15

16                  By: /s/ Mark T. Gallagher, Esq. as authorized on November 8, 2005

17                        Mark T. Gallagher, Esq.

18                                      Attorney for Defendants,

                                        Parkfair Gardens Apartments,

19                                      Parkfair Associates, LTD., A

20                                      California Limited Partnership

21

22

23

24

25

26

27

28

- 2 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**

1

2

**ORDER**

3

4      Pursuant to the stipulation of the parties, **IT IS ORDERED** that the above-
captioned matter is dismissed as to all claims and all Defendants, with prejudice,
5      each party to bear his own costs and attorney's fees.

6

7

8

9      Dated: November 8, 2005

10

11

12      WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**